


## IN THIS COURT OF RECORD

### DECLARED UNDER THE SUPREME AUTHORITY OF COMMON LAW

### WITH ALL RIGHTS RESERVED

### COURT OF RECORD FOR THE PEOPLE – PLYMOUTH COUNTY, MASSACHUSETTS REPUBLIC

### ESTABLISHED 2024 • TRUTH IS SOVEREIGN

---

### UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

Venue accepted only for public enforcement of the Court of Record's findings and orders

Case No. _____ (to be assigned)

---

## PLAINTIFFS:

**RICHARD A. BUZZELL**,

Authorized Agent and Lawful Trustee of the **DEMONSTRABLY LEVEL TRUST**, a Private Common Law Trust, non-corporate, non-statutory, irrevocable, formed and functioning under Natural Law and custom, with all rights reserved, without the United States,

appearing for and on behalf of:

My-Name-Is-Private, one of the people, a living man, in this Court of Record, also known as Richard of the House of Justice, Beneficiary and real party in interest, not a surety, not a person, not a fiction, appearing by right and divine standing, under full liability and authority.

---

## DEFENDANTS:

**WAREHAM DISTRICT COURT (ENTITY)**, a commercial legal fiction, foreign to this Court of Record, without bond;

**EDWARD H. SHARKANSKY**, in both his official and personal capacities;

**DARYL G. MANCHESTER**, in both his official and personal capacities;

**SABINE M. COYNE**, in both her official and personal capacities;

**KRISTINE A. STONE**, in both her official and personal capacities;

**EDWARD F. X. LYNCH**, in both his official and personal capacities;

All named parties having received lawful presentment, demand, and opportunity to cure, now stand in estoppel by their silence and unrebutted default, acting under the color of law and in trespass upon a higher jurisdiction.

---

### VERIFIED COMPLAINT FOR TRESPASS UPON JURISDICTION, VIOLATION OF CONSTITUTIONALLY SECURED RIGHTS, AND ENFORCEMENT OF LAWFUL NOTICE AND BONDS

### LET IT BE ENTERED INTO THE PERMANENT RECORD:

This Court of Record for the People – Plymouth County, Massachusetts Republic, properly convened and seated under the Supreme Authority of Common Law, is now in session.

I, **RICHARD A. BUZZELL**, lawful Trustee and authorized agent of the **DEMONSTRABLY LEVEL TRUST**, appear by special visitation in fiduciary capacity to present this Verified Complaint and Presentment for Redress of Grievances.

Also appearing is My-Name-Is-Private, one of the People, a living man, Beneficiary and real party in interest in this Court of Record, not a surety, not a person, and not a fiction, standing in full right and divine authority.

This Court of Record proceeds not by favor or license, but by right, and binds all inferior statutory tribunals in accordance with Blackstone's Commentaries, Volume IV, Chapter 20:

*"A court of record binds all inferior courts; it is the highest authority known to law."*

## I. STATEMENT OF STATUS AND STANDING

1. I, **RICHARD A. BUZZELL**, am the Authorized Agent and Lawful Trustee of the **DEMONSTRABLY LEVEL TRUST**, a private common law trust, formed and operating under natural law and custom, without statutory authority or reliance upon municipal or federal codes.
2. I present this Verified Complaint in my fiduciary capacity for the Trust's sole Beneficiary, My-Name-Is-Private, a living man, one of the people, and not a legal fiction or statutory persona.
3. The Trust holds legal title and authority over all properties, interests, and claims involved in this matter, thereby separating the Beneficiary from any suretyship or statutory liability.

## II. JURISDICTION AND INCORPORATION OF PRIOR FILINGS

1. This Court of Record holds original, exclusive, and superior jurisdiction over all matters presented herein by virtue of its establishment under the supreme authority of Common Law, as expounded in Blackstone's Commentaries, Volume IV, Chapter 20.
2. Venue is properly established within this Court of Record, seated for the People of Plymouth County, Massachusetts Republic, established in 2024 and sovereign by truth.
3. All prior filings, verified instruments, judicial notices, defaults, demands, and exhibits entered under original matter 1:25-cv-10716-RGS are hereby adopted and incorporated by reference into this Verified Complaint.

## III. STATEMENT OF FACTS

1. Plaintiff is a living man, the Beneficiary of the **DEMONSTRABLY LEVEL TRUST**, and stands in original jurisdiction, separate from any statutory persona.
2. Defendants, acting in their personal and professional capacities, exercised jurisdiction over Plaintiff in matter **2460CR001967**.

3. Wareham District Court provided Plaintiff a criminal complaint (Exhibit F-1) bearing no signature of any complainant or Clerk-Magistrate.
4. No sworn accuser or affidavit of probable cause was served upon Plaintiff.
5. Plaintiff was arrested on two separate occasions and detained without a verified complaint: once for 24 hours and once for 7 days.
6. All lawful notices, affidavits, and demands were served, and Defendants failed to provide any sworn rebuttal or proof of jurisdiction.
7. Defendants continue to schedule proceedings for August 12, 2025, despite unrebutted defaults and notice of federal filing.

## IV. LEGAL AUTHORITIES AND MAXIMS OF LAW

- Fiat justitia ruat caelum — Let right be done though the heavens fall.
- Silence gives consent. (Blackstone, Vol. IV, Ch. 29)
- No man shall be taken or imprisoned but by lawful judgment of his peers or the law of the land. (Magna Carta, Blackstone Vol. I, p. 131)
- An unrebutted affidavit stands as truth in law.

## V. PRESENTMENT OF CAUSES

1. Trespass Upon Jurisdiction
   - All proceedings in Wareham District Court are void ab initio because the criminal complaint (Exhibit F-1) was unsigned, and no sworn accuser exists.
2. Violation of Constitutionally Secured Rights
   - Defendants infringed upon liberty, property, and due process without lawful cause.
3. Unrebutted Default and Estoppel
   - Defendants' silence in the face of lawful notice creates permanent estoppel.
4. Enforcement of Lawful Notices and Bonds
   - All prior filings, bonds, and notices remain in full force.
5. Breach of Fiduciary Duty
   - Defendants acted under color of law and violated their oaths and duties.
6. Request for Injunctive and Equitable Relief
   - Immediate cessation of all trespasses is required.

## VI. DEMAND FOR JUSTICE AND REMEDY

Plaintiff demands this Court of Record:

1. Recognize its original and exclusive jurisdiction.
2. Enter permanent estoppel against Defendants.
3. Declare all statutory actions against Plaintiff void ab initio.
4. Enforce all lawful notices, bonds, and unrebutted instruments.
5. Issue writs and injunctions to restrain further unlawful acts.
6. Assess costs and damages against Defendants.

---

## VII. EXHIBITS INDEX

- Exhibit A – Notice of Final Default and Demand for Permanent Injunction

- Exhibit B – Notice to Cease All Proceedings and 24(d) Notice with Proof of Service

- Exhibit C – Statement of Federal Questions (50)

- Exhibit D – Affidavits of Standing and Jurisdictional Challenges

- Exhibit E – Case Law Exhibits

  - E-1 – Ex parte Milligan, 71 U.S. (4 Wall.) 2 (1866)

  - E-2 – New York State Rifle & Pistol Ass'n v. Bruen, 597 U.S. 1 (2022)

  - E-3 – Hagans v. Lavine, 415 U.S. 528 (1974)

- Exhibit F – Criminal Complaint Documentation

  - F-1 – Unsigned Criminal Complaint (2460CR001967)

- Exhibit G – Proof of Court of Record and Trust Establishment

- Exhibit H – Speedy Trial Act of 1974 & Supreme Court Precedent

  - H-1 – Full Text of Speedy Trial Act of 1974 (Pub. L. 93-619, 88 Stat. 2076)

  - H-2 – Strunk v. United States, 412 U.S. 434 (1973)

  - H-3 – Zedner v. United States, 547 U.S. 489 (2006)

  - H-4 – Klopfer v. North Carolina, 386 U.S. 213 (1967)

- H-5 – Smith v. Hooey, 393 U.S. 374 (1969)

- H-6 – Massachusetts Speedy Trial Guidelines (180 Days / 12 Months)

- H-7 – Article VI Supremacy Clause: Binding Effect on States

## VIII. NOTICE OF FILING

This Verified Complaint is presented under the Supreme Authority of Common Law and is directed to the Clerk of the United States District Court and presiding Federal Judge as ministerial officers. Any refusal to file constitutes ministerial misconduct and trespass.

This filing is submitted as part of the official case record in this Court of Record, under the Supreme Authority of Common Law. It is directed to the Clerk of the Court and all agents thereof, as a ministerial act requiring no discretion or interpretation. All instruments included herein are entered under original jurisdiction and stand unrebutted unless lawfully and timely challenged under verified affidavit sworn under full liability.

1. Jurisdictional Authority of This Court of Record

    • This Court of Record holds original and exclusive jurisdiction over all matters presented herein.

    • No inferior statutory tribunal, including any federal district court or court of appeals, may override, alter, or dismiss its determinations.

    • Blackstone's Commentaries, Volume IV, Chapter 20: "A court of record binds all inferior courts; it is the highest authority known to law."

2. Ministerial Duty of the Clerk & Prohibition Against Discretionary Rejection

    • The Clerk of Court is a ministerial officer, bound by duty, with no discretion to reject a properly filed case.

    • Any attempt to obstruct, modify, or refuse this filing constitutes ministerial misconduct and unlawful interference with the right to petition for redress of grievances.

    • Legal Maxim: "Ministerial officers must perform their duty without discretion." (Blackstone, Volume III, Chapter 5)

3. Limits on the Presiding Judge – No Authority to Dismiss, Modify, or Reinterpret This Filing

- The Presiding Judge is prohibited from exercising any discretionary review over this Court of Record.

- Ex parte Milligan, 71 U.S. 2 (1866): "No inferior court may override the determinations of a common law court."

- Legal Maxim: "A delegated authority cannot be greater than the source from which it derives." (Blackstone, Volume I, Chapter 3)

4. Finality & Estoppel Against Further Unlawful Actions

- Any refusal to process or recognize this filing constitutes obstruction of justice, fraud, and willful trespass against the people.

- Hagans v. Lavine, 415 U.S. 528, 533 (1974): "An unrebutted jurisdictional challenge stands as truth in law."

- Legal Maxim: "Silence gives consent." (Blackstone, Volume IV, Chapter 29)

## IX. CERTIFICATION

Executed this 5th day of August, 2025.

I, **RICHARD A. BUZZELL**, Authorized Agent and Trustee for **DEMONSTRABLY LEVEL TRUST**, declare under Almighty God that the foregoing is true, correct, and complete, made under full commercial and private liability, with all rights reserved.

Executed this 5th day of August, 2025.

By: _Richard a. Buzzell._



**RICHARD A. BUZZELL**

Authorized Agent and Trustee

**DEMONSTRABLY LEVEL TRUST**

Not the Surety – All Rights Reserved

Without the United States



IN THIS COURT OF RECORD

DECLARED UNDER THE SUPREME AUTHORITY OF COMMON LAW

ALL RIGHTS RESERVED

COURT OF RECORD FOR THE PEOPLE – PLYMOUTH COUNTY, MASSACHUSETTS REPUBLIC

ESTABLISHED 2024 • TRUTH IS SOVEREIGN

---

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

---

**PLAINTIFFS:**

DEMONSTRABLY LEVEL TRUST,

a Private Common Law Trust, non-corporate, non-statutory, irrevocable,

formed and functioning under Natural Law and custom,

with all rights reserved, without the United States,

by and through its Trustee and Beneficiary:


My-Name-Is-Private, a living man, one of the People,

appearing only in his fiduciary capacity and not as a surety,

by and through its Authorized Agent and Lawful Presenter:

## RICHARD A. BUZZELL,

Authorized Agent and Trustee of the Trust,

appearing under full liability in his fiduciary capacity only.

v.

## DEFENDANTS:

WAREHAM DISTRICT COURT (ENTITY), a commercial legal fiction, foreign to this Court of Record, without bond;

EDWARD H. SHARKANSKY, in both his official and personal capacities;

DARYL MANCHESTER, in both his official and personal capacities;

SABINE M. COYNE, in both her official and personal capacities;

KRISTINE A. STONE, in both her official and personal capacities;

EDWARD F. X. LYNCH, in both his official and personal capacities;

All named parties having received lawful presentment, demand, and opportunity to cure, now stand in estoppel by their silence and unrebutted default, acting under the color of law and in trespass upon a higher jurisdiction.

Case No. _____