

IN THIS COURT OF RECORD

DECLARED UNDER THE SUPREME AUTHORITY OF COMMON LAW

ALL RIGHTS RESERVED

COURT OF RECORD FOR THE PEOPLE – PLYMOUTH COUNTY,
MASSACHUSETTS REPUBLIC

ESTABLISHED 2024 • TRUTH IS SOVEREIGN

---

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

---

**DEMONSTRABLY LEVEL TRUST**,

By Authorized Agent **RICHARD A. BUZZELL**,

and My-Name-Is-Private, a living man,

Plaintiffs,



v.

**WAREHAM DISTRICT COURT**, a commercial legal fiction, foreign to this Court of Record, without bond;

**EDWARD H. SHARKANSKY**, in both his official and personal capacities;

**DARYL G. MANCHESTER**, in both his official and personal capacities;

**SABINE M. COYNE**, in both her official and personal capacities;



**KRISTINE A. STONE,** in both her official and personal capacities;

**EDWARD F. X. LYNCH,** in both his official and personal capacities;

Defendants.

**Case No. 1:25-cv-12215-RGS**

---

## I. NOTICE AND DEMAND FOR CORRECTION OF MINISTERIAL RECORD CLASSIFICATION

1. Plaintiffs filed this action under the names **DEMONSTRABLY LEVEL TRUST**, a private express trust, and My-Name-Is-Private, a living man, one of the People, proceeding in original jurisdiction by right.
2. The docket incorrectly reflects "Richard A. Buzzell" as Plaintiff, whereas he functions solely as Authorized Agent for **DEMONSTRABLY LEVEL TRUST** and is not a party of record.
3. The named living man, My-Name-Is-Private, is neither a "pro se litigant" nor a "person" as defined in statutory context, and is not subject to the presumptive jurisdiction of the **UNITED STATES** or any of its political subdivisions.
4. Mislabeling the authorized agent as the principal party constitutes false representation, risk of joinder under color of law, and trespass upon the record.
5. This Court of Record, standing under the First Amendment and Common Law, commands correction of the caption in every record and filing to reflect:

**DEMONSTRABLY LEVEL TRUST**

By Authorized Agent **RICHARD A. BUZZELL**

and My-Name-Is-Private, a living man

Plaintiffs.

6. No ministerial officer may presume jurisdiction, discretion, or power to rename parties or falsify record entries under color of office.

---



## II. JURISDICTIONAL NOTICE

7. This Court of Record is properly invoked under the Supreme Law of the Land by the living People. All inferior statutory courts, judges, and clerks are bound thereby and have no authority to override or substitute identities in contradiction to verified filings.
8. This presentment is made in truth, under seal of right, and constitutes official Notice to all ministerial officers within the District of Massachusetts.

---

## III. MAXIMS OF LAW APPLICABLE

- *Falsus in uno, falsus in omnibus – False in one thing, false in all. (Blackstone, Commentaries, Vol. III, Ch. 26, p. 373)*
- *Verba fortius accipiuntur contra proferentem – Words are to be taken most strongly against the one who offers them. (Blackstone, Commentaries, Vol. II, Introduction, Sec. 2)*
- *Delegata potestas non potest delegari – Delegated power cannot be further delegated. (Blackstone, Commentaries, Vol. I, Ch. 2, p. 46)*
- *Ministerial officers must perform their duty without discretion. (Blackstone, Commentaries, Vol. III, Ch. 5, p. 30)*
- *A court of record binds all inferior courts; it is the highest authority known to law. (Blackstone, Commentaries, Vol. IV, Ch. 20, p. 264)*
- *Qui tacet consentire videtur – Silence gives consent. (Blackstone, Commentaries, Vol. IV, Ch. 29, p. 300)*
- *A misdescription does not vitiate if the intent is clear. (Blackstone, Commentaries, Vol. II, Ch. 20, p. 318)*
- *Justice must not only be done but must appear to be done. (R v. Sussex Justices, Ex parte McCarthy, [1924] 1 KB 256, 259)*
- *Fraud upon the court is fraud upon all. (Hazel-Atlas Glass Co. v. Hartford-Empire Co., 322 U.S. 238, 246 (1944))*

---



## IV. CERTIFICATION

Executed this 8th day of August, 2025.

Submitted without submission, waiver, or recourse.

All rights expressly reserved.

Without the United States.

By: *Richard a. Buzzell.*



RICHARD A. BUZZELL

Authorized Agent for

DEMONSTRABLY LEVEL TRUST

Not the Surety – All Rights Reserved

Without the United States

