

# IN THIS COURT OF RECORD

## DECLARED UNDER THE SUPREME AUTHORITY OF COMMON LAW

## ALL RIGHTS RESERVED

### COURT OF RECORD FOR THE PEOPLE – PLYMOUTH COUNTY, MASSACHUSETTS REPUBLIC

### ESTABLISHED 2024 • TRUTH IS SOVEREIGN

---

## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

---

**DEMONSTRABLY LEVEL TRUST,**

By Authorized Agent RICHARD A. BUZZELL,

and My-Name-Is-Private, a living man,

Plaintiffs,



v.

**WAREHAM DISTRICT COURT**, a commercial legal fiction, foreign to this Court of Record, without bond;

**EDWARD H. SHARKANSKY**, in both his official and personal capacities;



## II. DEMAND FOR REASSIGNMENT

5. A Court of Record proceeds under the Supreme Authority of Common Law, and no inferior statutory tribunal or judge has discretion to override, modify, or suppress its determinations.
6. The assignment of a judge who has previously acted in contradiction to the rights preserved under the First Amendment and the supremacy of Common Law jurisdiction threatens the entire fairness and integrity of these proceedings.
7. Plaintiffs demand immediate reassignment, without delay, in accordance with the right to a neutral tribunal and the appearance of fairness doctrine.

---

## III. NOTICE TO MINISTERIAL OFFICERS

8. This Judicial Notice is directed to the Clerk of Court and all ministerial officers responsible for case processing.
9. The Clerk of Court has no discretion to reject, alter, or withhold this filing from the public docket. Any such act would constitute ministerial misconduct.
10. This presentment is made without submission, and by authority of the People, through their Court of Record.

---

## IV. MAXIMS OF LAW APPLICABLE

- *Nemo judex in sua causa – No man may be judge in his own cause.*

    *Blackstone, Commentaries on the Laws of England, Vol. III, Ch. 23, p. 24*

- *Delegata potestas non potest delegari – Delegated power cannot be further delegated.*

    *Blackstone, Commentaries on the Laws of England, Vol. I, Ch. 2, p. 46*

- *Ministerial officers must perform their duty without discretion.*

    *Blackstone, Commentaries on the Laws of England, Vol. III, Ch. 5, p. 30*

- *A court of record binds all inferior courts; it is the highest authority known to law.*

    *Blackstone, Commentaries on the Laws of England, Vol. IV, Ch. 20, p. 264*

- *An unrebutted affidavit stands as truth in law.*

    *Hagans v. Lavine, 415 U.S. 528, 533 (1974)*



- *Qui tacet consentire videtur – Silence gives consent.*

    Blackstone, Commentaries on the Laws of England, Vol. IV, Ch. 29, p. 300

- *A fraud upon the court is a fraud upon all.*

    Hazel-Atlas Glass Co. v. Hartford-Empire Co., 322 U.S. 238, 246 (1944)

- *Justice must not only be done but must appear to be done.*

    R v. Sussex Justices, Ex parte McCarthy [1924] 1 KB 256, 259 (UK Case, universally recognized and cited in U.S. courts)

---

## V. CERTIFICATION

Executed this 8th day of August, 2025.

Submitted without submission, waiver, or recourse.

All rights expressly reserved.

Without the United States.



By: *Richard A. Buzzell.*

**RICHARD A. BUZZELL**

Authorized Agent for

**DEMONSTRABLY LEVEL TRUST**

Not the Surety – All Rights Reserved

