

IN THIS COURT OF RECORD

DECLARED UNDER THE SUPREME AUTHORITY OF COMMON LAW

ALL RIGHTS RESERVED

COURT OF RECORD FOR THE PEOPLE – PLYMOUTH COUNTY, MASSACHUSETTS REPUBLIC

ESTABLISHED 2024 • TRUTH IS SOVEREIGN

---

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

---

DEMONSTRABLY LEVEL TRUST,

By Authorized Agent RICHARD A. BUZZELL,

and My-Name-Is-Private, a living man,

Plaintiffs,



v.

WAREHAM DISTRICT COURT, a commercial legal fiction, foreign to this Court of Record, without bond;

**EDWARD H. SHARKANSKY**, in both his official and personal capacities;

**DARYL G. MANCHESTER**, in both his official and personal capacities;

**SABINE M. COYNE**, in both her official and personal capacities;

**KRISTINE A. STONE**, in both her official and personal capacities;

**EDWARD F. X. LYNCH**, in both his official and personal capacities;

Defendants.

**Case No. 1:25-cv-12215**

**NOTICE**

Plaintiffs **DEMONSTRABLY LEVEL TRUST** (by Authorized Agent) and My-Name-Is-Private, a living man, hereby dismiss this action without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i).

No defendant has served an answer or a motion for summary judgment. Each party shall bear its own costs and fees. All pending motions are withdrawn as moot.

**CAPTION CLARIFICATION (FOR THE RECORD)**

For avoidance of doubt: the Plaintiffs are the Trust (by Authorized Agent) and My-Name-Is-Private, exactly as identified on the face of the filed complaint papers. To the extent CM/ECF presently displays a different short caption, Plaintiffs request that the Clerk conform the party names nunc pro tunc to the caption above for purposes of closure. This Notice is executed solely in the capacity of Authorized Agent for the Trust and by My-Name-Is-Private, a living man, and does not consent to any characterization of Richard A. Buzzell as an individual plaintiff.

Dated: 20th, August 2025

DEMONSTRABLY LEVEL TRUST

By its Authorized Agent,

 

RICHARD A. BUZZELL

All rights reserved • Not the surety • Without the United States

My-Name-Is-Private, a living man

All rights reserved • Without the United States

c/o DEMONSTRABLY LEVEL TRUST

9169 W. State St #2346

Garden City, ID 83714